UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                :

CHELSIE REID, *on behalf of herself and all others similarly situated*,

                             Plaintiffs,      :      24-CV-08331 (JAV)

-v-                             :      <u>ORDER</u>

IPW INDUSTRIES, INC.,

                             Defendant.     :
                                                  X
------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned. All parties must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                                              _____
                                                              JEANNETTE A. VARGAS
                                                              United States District Judge