UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHELSIE REID, on behalf of himself and all others similarly situated,<br><br>                        Plaintiffs,<br><br>   -against-<br><br>IPW INDUSTRIES, INC.<br><br>                        Defendant. | 24-CV-08331 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties were ordered to submit a joint letter, by February 24, 2025, informing the Court about the status but not the substance of their settlement talks. (*See* ECF 9.) The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **10:00 AM, on March 3, 2025**.

DATED: February 27, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge